FILED
2026 Nov-25 AM 08:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RODERICK SPEED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:26-cv-1710-HDM-GMB** |
| | ) | |
| **JUDGE WOODRUFF,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On November 4, 2026, U.S. Magistrate Judge Gray M. Borden issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the court dismiss Speed's 42 U.S.C. § 1983 *pro se* complaint without prejudice. (Doc. 5). No party has objected to the Report and Recommendation.

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the district court must review those portions of the report to which the party has specifically objected *de novo*. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b)(3). Unchallenged portions of a Magistrate Judge's report are reviewed for clear error. *Haywood v. Green*, 695 F.Supp.3d 1315, 1318 (N.D. Ala. 2023). The district court may, in its review, "accept, reject, or modify, in whole or in part," the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1)(C).

Having reviewed the proposed findings and recommendations for clear error, the court concludes that the Magistrate Judge's Report and Recommendation, (Doc. 5), should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the court. The case is therefore **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** this November 25, 2026.

**HAROLD D. MOOTY III**
UNITED STATES DISTRICT JUDGE